**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**THOMAS A. MARS**                                                                    **PETITIONER**

**v.**                                      **Case No.  4:16-mc-00015 KGB**

**CITY OF PONTIAC GENERAL EMPLOYEES**
**RETIREMENT SYSTEM**                                                **RESPONDENT**

## ORDER

Before the Court is a motion to intervene filed by non-party Wal-Mart Stores, Inc. ("Wal-Mart") (Dkt. No. 4).  Petitioner Thomas A. Mars and respondent City of Pontiac General Employees' Retirement System ("CPGERS") have not responded to Wal-Mart's motion.  Wal-Mart's motion to intervene is granted pursuant to Federal Rule of Civil Procedure 24(a) (Dkt. No. 4).

Also before the Court is Wal-Mart's motion to transfer motions to quash subpoenas (Dkt. No. 10).  By its motion, Wal-Mart seeks to transfer its motion to quash subpoenas, as well as Mr. Mars' motion to quash subpoenas, to "the U.S. District Court for the Western District of Arkansas, the Court that issued the subpoenas to Mr. Mars and where the underlying litigation is pending" (*Id.*, at 1-2).  CPGERS consents to Wal-Mart's motion to transfer (Dkt. No. 24, at 7).  Through informal communications with counsel, the Court has been informed that Mr. Mars also consents to Wal-Mart's motion to transfer.

Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."  As Mr. Mars has consented to the motion to transfer, the Court grants Wal-Mart's motion (Dkt. No. 10).  Therefore, this Court immediately transfers Mr. Mars' motion to

quash and Wal-Mart's motion to quash to the court issuing the subpoenas, the United States District Court for the Western District of Arkansas.

So ordered this the 2nd day of December, 2016.

_____
Kristine G. Baker
United States District Judge